# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0285

_____

IVAN DONATE,

　　Appellant,

　　v.

TRANE TECHNOLOGIES and
TRAVELERS INSURANCE,

　　Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Margaret Sojourner, Judge.

Date of Accident: September 14, 2020.


February 6, 2024

PER CURIAM.

　　AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert Rivera of Martinez Manglardi, P.A., Orlando, and Patrick John McGinley of Law Office of Patrick John McGinley, P.A., Winter Park, for Appellant.

Thomas H. McDonald of Law Offices of Jack D. Evans, Orlando, for Appellees.